IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN EANES, on behalf of himself
and all others similarly situated                                               PLAINTIFF

v.                          Case No. 4:10-cv-1412-DPM

CCI and METROPOLITAN LIFE
INSURANCE COMPANY                                                        DEFENDANTS

ORDER

Eanes's motion to dismiss, *Document No. 4*, is granted. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2011