IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN EANES, on behalf of himself
and all others similarly situated                                              PLAINTIFF

v.                    Case No. 4:10-cv-1412-DPM

CCI and METROPOLITAN LIFE
INSURANCE COMPANY                                                          DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2011